IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOBBY JOE BURTON, #75272-079,  ) | |
|     Petitioner,  ) | |
| ) | |
| v.  ) | 3:05-CV-1445-R |
| ) | |
| DAN JOSLIN, Warden,  ) | |
|     Respondent.  ) | |

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*
*SEP 14 2005*
*CLERK, U.S. DISTRICT COURT*
*By _____ Deputy*

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this __13__ day of __Sept__, 2005.

_____
UNITED STATES DISTRICT JUDGE